UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANCE GOODE | : | NO.:  3:12-cv-00754-MRK |
| | : | |
| v. | : | |
| | : | |
| ROGER G. NEWTON, ET AL | : | OCTOBER 5, 2012 |

### CITY DEFENDANTS' MOTION
### TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

The Defendants, City of New London (hereinafter "City"), Lawrence M. Keating (hereinafter "Keating"), Wayne P. Neff (hereinafter "Neff"), David McElroy (hereinafter "McElroy") and Kyle Gorra (hereinafter "Gorra") (collectively the "City Defendants"), respectfully move to dismiss Counts Four, Six, Eight and Nine of Plaintiff's Amended Complaint, dated September 7, 2012 pursuant to Fed. R. Civ. P. 12(b)(6).  As is more fully set forth in the accompanying memorandum of law, Counts Four and Six should be dismissed because they fail to state a claim under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978). Counts Eight and Nine should be dismissed, in part, because there is no private right of action under Article First, Sections 4 and 20 of the Connecticut Constitution.  Count Nine should also be dismissed because there is no recognized cause of action for municipal liability under the Connecticut Constitution.

WHEREFORE, the City Defendants respectfully request that this motion to dismiss be granted and Counts Four, Six, Eight and Nine Plaintiff's Amended Complaint dated September 7, 2012 be dismissed.

                        DEFENDANTS,
                        CITY OF NEW LONDON, LAWRENCE M.
                        KEATING, WAYNE P. NEFF, DAVID
                        MCELROY and KYLE GORRA


                        By  /s/ Michael J. Rose
                           Michael J. Rose [ct14803]
                           Rose Kallor, LLP
                           750 Main Street, Suite 606
                           Hartford, CT  06103
                           (860) 748-4660
                           (860) 241-1547 (Fax)
                           E-Mail:  mrose@rosekallor.com

**CERTIFICATION**

       This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 5th day of October, 2012.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Hope C. Seeley, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT  06106

Conrad Ost Seifert, Esq.
Seifert & Hogan
P.O. Box 576
Old Lyme, CT  06371

Elliot B. Spector, Esq.
Noble, Spector & O'Connor, PC
One Congress Street
Hartford, CT  06114

James Tallberg, Esq.
Kateryna Lagun, Esq.
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

                                                  __/s/ Michael J. Rose_____
                                                  Michael J. Rose