UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LANCE GOODE | : | NO.: 3:12-cv-00754-JBA |
| | : | |
| v. | : | |
| | : | |
| ROGER G. NEWTON, ET AL | : | NOVEMBER 6, 2012 |

**DEFENDANTS' CITY OF NEW LONDON, LAWRENCE M. KEATING, WAYNE P. NEFF, DAVID MCELROY and KYLE GORRA, MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the Defendants, City of New London, Lawrence M. Keating, Wayne P. Neff, David McElroy and Kyle Gorra, respectfully move this Court for an extension of time of one (1) week, up to and including November 16, 2012, within which to respond to the Plaintiff's, Lance Goode, Opposition to Defendants' Motion to Dismiss dated October 26, 2012.

This enlargement of time is necessary because the undersigned Defendants' attorneys have a prescheduled, prepaid vacation running from November 6, 2012 to November 12, 2012.

Counsel for the undersigned Defendants has contacted counsel for the Plaintiff, Conrad Ost Seifert, but has not heard back from him as of the time of the filing of this motion.

This is the first such request for an extension.

        DEFENDANTS,
        CITY OF NEW LONDON, LAWRENCE M.
        KEATING, WAYNE P. NEFF, DAVID
        MCELROY and KYLE GORRA


        By  /s/ James M. Leva
           Michael J. Rose [ct14803]
           James M. Leva [ct28928]
           Rose Kallor, LLP
           750 Main Street, Suite 606
           Hartford, CT  06103
           (860) 748-4660
           (860) 241-1547 (Fax)
           E-Mail:  mrose@rosekallor.com
           E-Mail:  jleva@rosekallor.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 6th day of November, 2012.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Hope C. Seeley, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT  06106

Conrad Ost Seifert, Esq.
Seifert & Hogan
P.O. Box 576
Old Lyme, CT  06371

Elliot B. Spector, Esq.
Noble, Spector & O'Connor, PC
One Congress Street
Hartford, CT  06114

James Tallberg, Esq.
Kateryna Lagun, Esq.
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

                                                           /s/ James M. Leva_____
                                                           James M. Leva