UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

LANCE GOODE

                Plaintiff                      Case No.
                                               3:12-cv-00754-JBA

vs.

                                               JANUARY 7, 2013

ROGER G. NEWTON, ET AL
                Defendants

-----------------------------------------------------------------X

## JOINT STATUS REPORT

STATUS OF THE CASE:

Dismissal motion of Defendant Lynch and Plaintiff's Objection thereto is pending.

Dismissal motion of the Defendant City of New London and Plaintiff's Memorandum in Opposition is pending.

Detailed statement of all Discovery undertaken to date:

Discovery is ongoing.

INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTER PROGRAM

Plaintiff does not object but referral is premature. Defendants do not object.

WILL THE PARTIES CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE:

No.

ESTIMATED LENGTH OF TRIAL:

Unknown at this time but as to all defendants, trial could be two weeks long.

THE PLAINTIFF, LANCE GOODE

BY _____/s/_____
Conrad Ost Seifert, Esq.
P.O. Box 576
Old Lyme, CT 06371
Phone: (860) 434-2097
Fax: (860) 434-3657
Email: conradlaw@aol.com
Federal Bar No. ct01236

THE DEFENDANT,
ROGER G. NEWTON, JR.

_____/s/_____
Elliot B. Spector
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
Phone: 860-525-9975
Fax: 860-525-9985
Email: spector@nsyolaw.com
Federal Bar No. ct05278

FOR DEFENDANTS CITY OF NEW LONDON,
LAWRENCE M. KEATING,
WAYNE P. NEFF,
DAVID McELROY,
KYLE GORRA

_____/s/_____
Michael J. Rose
Rose Kallor, LLP
750 Main Street
Suite 606
Hartford, CT 06103
Phone: 860-748-4660
Fax: 860-241-1547
Email: mrose@rosekallor.com
Federal Juris No. ct14803

/s/
James M. Leva
Rose Kallor, LLP
750 Main Street
Suite 606
Hartford, CT  06103
Phone:  860-748-4660
Fax:  860-241-1547
Email:  jleva@rosekallor.com
Federal Juris No.  ct28928

THE DEFENDANT, TODD LYNCH

/s/
Kateryna Lagun
Karsten & Tallberg LLC
8 Lowell Road
West Hartford, CT  06119
Phone:  860-233-5600
Fax:  860-233-5800
Email:  klagun@kt-lawfirm.com
Federal Juris No.  ct28842

/s/
James N. Tallberg
Karsten & Tallberg LLC
8 Lowell Road
West Hartford, CT  06119
Phone:  860-233-5600
Fax:  860-233-5800
Email:  jtallberg@kt-lawfirm.com
Federal Juris No.  ct05277

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, a copy of the foregoing Motion to Amend Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

Conrad Ost Seifert, Esq.
Federal Bar No. ct01236
P.O. Box 576
Old Lyme, CT 06371
Phone: (860) 434-2097
Fax: (860) 434-3657
Email: conradlaw@aol.com