UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LANCE GOODE | NO.: 3:12-cv-00754-JBA |
| v. | |
| ROGER G. NEWTON, ET AL | JANUARY 8, 2013 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. Rule 7(e), Rachel L. Ginsburg moves the Court for permission to withdraw her appearance filed on behalf of the Defendants, City of New London, Lawrence M. Keating, Wayne P. Neff, David McElroy, and Kyle Gorra, in the above-captioned matter. The undersigned is no longer employed by Rose Kallor, LLP.

DEFENDANTS,
CITY OF NEW LONDON, LAWRENCE M.
KEATING, WAYNE P. NEFF, DAVID
MCELROY and KYLE GORRA

By *Rachel Ginsburg*
Rachel L. Ginsburg (ct28563)
Anderson, Kill & Olick P.C.
1055 Washington Blvd, Suite 510
Stamford, CT 06902
(203) 388-7971
E-Mail: rginsburg@andersonkill.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 8th day of January, 2013. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Hope C. Seeley, Esq.
Santos & Seeley, PC
51 Russ Street
Hartford, CT  06106

Conrad Ost Seifert, Esq.
Seifert & Hogan
P.O. Box 576
Old Lyme, CT  06371

Elliot B. Spector, Esq.
Noble, Spector & O'Connor, PC
One Congress Street
Hartford, CT  06114

James Tallberg, Esq.
Kateryna Lagun, Esq.
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

_____
Rachel L. Ginsburg