United States District Court
District of Connecticut

| | | |
|---|---|---|
| **Lance Goode** | : | No. 3:12-CV-00754 (JBA) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **Roger G. Newton, Et Al** | : | |
| Defendants. | : | March 6, 2013 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut, the undersigned, Hope C. Seeley, hereby moves to withdraw her appearance as counsel of record for the Plaintiff, Lance Goode, in this matter. In support hereof, the undersigned represents that she is leaving the practice of law and has been nominated to be a judge of the Superior Court.

Attorney Conrad Seifert of Seifert & Hogan also has an appearance in this matter on behalf of the Plaintiff and he will continue to represent the Plaintiff's interests. The Plaintiff has been sent a copy of this Motion to Withdraw by certified mail.

Wherefore, for the foregoing reasons, the undersigned respectfully requests that her appearance be withdrawn.

.                              **THE PLAINTIFF,**
                                    **LANCE GOODE**

BY /s/_____
      HOPE C. SEELEY
      Federal Bar No. ct 4863
      SANTOS & SEELEY, P.C.
      51 Russ Street
      Hartford, CT 06106
      Tel. (860) 249-6548
      Fax (860) 724-5533
      hseeley@santos-seeley.net

# Certification

      I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/_____
HOPE C. SEELEY