UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X
LANCE GOODE

                Plaintiff                              Case No.
                                                                      3:12-cv-00754-MRK

vs.

                                                                           MARCH 28, 2013

ROGER G. NEWTON, ET AL
                Defendants
-------------------------------------------------------------------X

## MOTION TO MODIFY SCHEDULING ORDER
## REGARDING CASE MANAGEMENT PLAN

The plaintiff moves to modify the scheduling deadlines stated in Paragraph 3 of the July 19, 2012 Case Management Order. Paragraph (3) states:

    3.    Expert Discovery: Plaintiff's expert reports will be served by April 1, 2013 and all depositions of Plaintiff's experts will be completed by June 15, 2013. Defendants' expert reports will be served by June 15, 2013 and all depositions of Defendants' experts will be completed by July 17, 2013.

Plaintiff's counsel has conferred with Attorney Kateryna Lagun, counsel for defendant Lynch and has conferred with Attorney Michael Rose, counsel for defendants Keating, Neff, McElroy, Gorra and the City of New London. Said attorneys support the present Paragraph (3) deadlines being extended by two months for all parties. If granted, then plaintiff's expert reports will be served by June 1, 2013 defendant's expert reports would be served by August 15, 2013, depositions of plaintiff's experts would be completed by August 15, 2013 and depositions of defendant's experts completed by

September 17, 2013.

Attorney Elliot Spector, who represents defendant Roger Newton, was contacted but as of the time of the filing of this motion, he has yet not responded and may not be available.

The plaintiff's reason for modifying and extending the expert discovery deadline by two months is because discovery is taking longer than originally anticipated. Because there had been a defendant's motion to dismiss pending which was denied on March 14, 2013, much of the discovery did not go forward as was envisioned in July, 2012. Also, approximately one month ago, plaintiff's co-counsel, Attorney Hope Seeley, became a Connecticut Superior Court judge. The undersigned counsel is the only full-time attorney at Seifert & Hogan and he and his client are presently seeking replacement co-counsel. In July, 2012 it was unknown that co-counsel would be sworn in as a Superior Court judge in early March, 2013.

Wherefore, it is requested that this motion be ordered granted.

THE PLAINTIFF, LANCE GOODE

BY _____/s/_____
CONRAD O. SEIFERT, ESQUIRE
SEIFERT & HOGAN
P.O. BOX 576
OLD LYME, CT 06371
TEL NO: (860) 434-2097
FAX NO: (860) 434-3657
EMAIL: conradlaw@aol.com
FEDERAL BAR NO: ct01236

## ORDER

The forgoing Motion having been heard by the Court is hereby ORDERED:

GRANTED / DENIED

BY _____
JUDGE / CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, a copy of the foregoing Motion to Modify Scheduling Order Regarding Case Management Plan was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

/s/
Conrad Ost Seifert, Esq.
Federal Bar No. ct01236
P.O. Box 576
Old Lyme, CT 06371
Phone: (860) 434-2097
Fax: (860) 434-3657
Email: conradlaw@aol.com